452 A.2d 37

Commonwealth v. Forte, Appellant.

Petition for Allowance of Appeal Denied Dec. 28, 1982.

Submitted February 18, 1982. Robert B. Mozenter, for appellant; Robert B. Lawler, Assistant District Attorney, for Commonwealth, appellee.

Before JOHNSON, MONTEMURO and MONTGOMERY, JJ.

Judgment of sentence affirmed.